IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHERIE ASHANTI,
        Plaintiff,

v.                                    Civil Action No. 3:21cv494

CITY OF RICHMOND SCHOOL BOARD
d/b/a RICHMOND PUBLIC SCHOOLS,
        Defendant.

## FINAL ORDER

This matter comes before the Court on the defendant's motion for summary judgment. (ECF No. 16.) For the reasons stated in the accompanying Opinion, the Court GRANTS the defendant's motion for summary judgment. Accordingly, the Court DIRECTS the Clerk to close this case.

Should the plaintiff wish to appeal this Opinion and Order, she must file written notice of appeal with the Clerk of Court within thirty (30) days of the date of entry. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 30 January 2023
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge